# *UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF VIRGINIA*
<u>NEWPORT NEWS DIVISION</u>

## <u>August 1, 2018</u>

**MINUTES OF PROCEEDINGS** IN ___Open Court___
**PRESENT**: THE HONORABLE ___Henry Coke Morgan, Jr., Senior United States District Judge___
Courtroom Deputy:___Lori Baxter___
Law Clerk:___Kendra Johnson___                          Reporter:___Carol Naughton, OCR___

| Set:   2:30 p.m. | Started:   2:36 p.m. | Ended:   4:28 p.m. |
|---|---|---|

Case No.   4:17cv145/4:18cv75

|  |  |
|---|---|
| Royce Solomon, et al.<br>   Individually and on behalf of all others similarly situated | George Hengle |
| v. | v. |
| American Web Loan, Inc., et al | Mark Curry, et al. |

Appearances:   David W. Thomas; Matthew B. Byrne; Steven L. Groopman; Charles K. Seyfarth; Daniel Volchok; Elizabeth S. Turner; Jonathan Paikin; Molly Jennings; Saba Bazzazieh; Thomas L. Strickland; Rachel Rodman; Christopher E. Ondeck; William D. Dalsen; Harold E. Johnson; Michael J. Lockerby; James B. Daniels; Leonard A. Bennett; Andrew J. Guzzo.

Status conference held.   The Court set the Rule 16(b) Scheduling Conference for 9/12/18 at 11:00 a.m. in Norfolk.   The parties shall submit a proposed scheduling order by 9/5/18.   Motions to transfer the case to Oklahoma due by 8/3/18.   Responses to this motion are due 8/20/18.   Parties to compete jurisdictional discovery and the issue of sovereign immunity.   Interim class counsel is to be appointed by noon on 8/10/18.   At the Rule 16(b) Scheduling Conference, the court will set a hearing date for the motion to transfer as well as the sovereign immunity issue.   The Court will issue an order with more details.   Court adjourned.